# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

16-CV-23132-UU

| | |
|---|---|
| MARTHA BALLESTEROS, and all others similarly situated under 29 U.S.C. 216(b), <br><br> Plaintiffs, <br> vs. <br><br> CATALINA REYNA ROSAS and ALVARO SANABRIA MENESES, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**SUMMONS IN A CIVIL ACTION**

To:
ALVARO SANABRIA MENESES
3029 NE 188th Street, Apt. #1025
Miami, FL 33180

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Jul 20, 2016



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

16-CV-23132-UU

| | |
|---|---|
| MARTHA BALLESTEROS, and all others similarly situated under 29 U.S.C. 216(b),<br><br>Plaintiffs,<br>vs.<br><br>CATALINA REYNA ROSAS and ALVARO SANABRIA MENESES,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To:
CATALINA REYNA ROSAS
3029 NE 188th Street, Apt. #1025
Miami, FL 33180

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

Jul 20, 2016

**SUMMONS**

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts